UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN OMAR RAMOS, ERNESTO RODRIGUEZ,
MICHAEL TURNER and CESAR PEREZ,

                        Plaintiffs,

POPPY'S DELI INC., 840 BRONX PARK ASSETS,
INC. and RUDY GUERRINO,

                        Defendants.

-----------------------------------------------------------------X

Civil Action No. 19-CV-02503 (CS)

*Partial*

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

WHEREAS on February 5, 2020, Defendants Poppy's Deli Inc., 840 Bronx Park Assets, Inc. and Rudy Guerrino (collectively, "Defendants"), by their attorneys, Weinstein & Klein PC, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, having offered to allow judgment to be taken against Defendants by Plaintiff Cesar Perez ("Plaintiff Perez") for a sum of $27,000.00, plus reasonable attorney fees incurred as of February 5, 2020, to be determined by the Court, in satisfaction of Plaintiff Perez' claims for relief asserted in this lawsuit but exclusive of reasonable attorneys' fees; the offer of judgment having been made for the purposes specified in Rule 68, and is not construed as either an admission that Defendants are liable in this action or that Plaintiff Perez has suffered any damages; and Plaintiff Perez having accepted Defendants' offer of judgment on February 18, 2020; it is

ORDERED, ADJUDGED AND DECREED that pursuant to Plaintiff Perez' Notice of Acceptance of Defendants' Offer of Judgment dated February 5, 2020, judgment is entered against Defendants Poppy's Deli Inc., 840 Bronx Park Assets, Inc. and Rudy Guerrino in the sum of $27,000.00, plus reasonable attorneys' fees incurred as of February 5, 2020 to be determined by the Court, in satisfaction of Plaintiff Perez' claims for relief asserted in this

lawsuit.

DATED:  New York, New York
        March 5, 2020

                                    _____
                                    Clerk of the Court

                        By:         _____
                                    Deputy Clerk