UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWIN OMAR RAMOS, ERNESTO RODRIGUEZ,
MICHAEL TURNER and CESAR PEREZ,

                                              Civil Action No. 19-CV-02503 (CS)

                Plaintiffs,

                         **PARTIAL JUDGMENT**

POPPY'S DELI INC., 840 BRONX PARK ASSETS,
INC. and RUDY GUERRINO,

                Defendants.
---------------------------------------------------------------X

      WHEREAS on March 13, 2020, Defendants Poppy's Deli Inc., 840 Bronx Park Assets, Inc. and Rudy Guerrino (collectively, "Defendants"), by their attorneys, Weinstein & Klein PC, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, having offered to allow judgment to be taken against Defendants by Plaintiff Michael Turner for a sum of $20,000.00, plus reasonable attorney fees to be determined by the Court, in satisfaction of Plaintiff Michael Turner's claims for relief asserted in this lawsuit but exclusive of reasonable attorneys' fees; the offer of judgment having been made for the purposes specified in Rule 68, and is not construed as either an admission that Defendants are liable in this action or that Plaintiff Michael Turner has suffered any damages; and Defendants having extended Plaintiff Michael Turner's time period for accepting Defendant's Offer of Judgment; and Plaintiff Michael Turner having accepted Defendants' offer of judgment on April 16, 2020; it is

      ORDERED, ADJUDGED AND DECREED that pursuant to Plaintiff Michael Turner's Notice of Acceptance of Defendants' Offer of Judgment dated March 13, 2020, Judgment is entered against Defendants Poppy's Deli Inc., 840 Bronx Park Assets, Inc. and Rudy Guerrino in the sum of $20,000.00, plus reasonable attorneys' fees and costs to be determined by the Court,


in satisfaction of Plaintiff Michael Turner's claims for relief asserted in this lawsuit.

Dated: April 23, 2020
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.